1020

**COMMISSIONER OF INTERNAL REVE-
NUE v. Bertha BOEING.**

No. 8965.

Circuit Court of Appeals, Ninth Circuit.

Sept. 6, 1938.

Herman Oliphant, Gen. Counsel, Department of Treasury, of Washington, D. C., for petitioner.

H. T. Sprague and L. P. Mickelwait, both of Seattle, Wash., for respondent.

Before WILBUR, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon consideration of motion of petitioner, consented to by respondent, for dismissal of the petition to review herein, and good cause therefor appearing, ordered said motion granted, that a judgment be filed and entered accordingly, and the mandate of this court herein issue forthwith.

**Herman M. GIESE v. Houston LEWIS et al.**

No. 1778.

Circuit Court of Appeals, Tenth Circuit.

Sept. 20, 1938.

W. E. Utterback, of Durant, Okl., for appellant.

Cleon A. Summers, U. S. Atty., of Muskogee, Okl., for appellee United States.

Before PHILLIPS, BRATTON, and WILLIAMS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellee United States of America, at appellant's costs, for failure to prosecute.

**Harry GREENBERG et al. v. HOOKLESS FASTENER COMPANY.**

**NATIONAL SILVER COMPANY et al. v. HOOKLESS FASTENER COMPANY.**

Nos. 8968, 8969.

Circuit Court of Appeals, Ninth Circuit.

Sept. 6, 1938.

A. S. Gold, of Los Angeles, Cal., for appellants.

Lyon & Lyon, of Los Angeles, Cal., for appellee.

Before WILBUR, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties in each of above causes for dismissal of the appeal in each cause, and good cause therefor appearing, ordered appeal in each of above causes, 18 F.Supp. 296, dismissed, that a decree of dismissal be filed and entered in each cause in accordance with the stipulation filed therein, and that the mandate of this court in each cause issue forthwith.